# EXHIBIT A

Case 2:22-cr-00218   Document 59-1   Filed 06/06/23   Page 1 of 2 PageID #: 198

- 1B8 – Seagate hard drive
    - [root]/transfer files/stuff 0002/phone pics/2-4C993B55-351068-800 (2).jpg
- 1B17 – LG V60
    - \data\media\0\Android\data\com.frostwire.android\files\FrostWire\TorrentsData\Cat Goddess\cat_001\img_3521.jpg
    - \data\media\0\Android\data\com.frostwire.android\files\FrostWire\TorrentsData\Cat Goddess\3 - (Cat Goddess).avi
    - \data\media\0\Android\data\com.frostwire.android\files\FrostWire\TorrentsData\Cat Goddess\cat_Goddess_2.mp4
- 1B24 – Laptop
    - [root]/Users/bugma_000/AppData/Local/Microsoft/Windows/Explorer/thumbcache_256.db»35b688d476286bfc.jpg (also on desktop)
    - [root]/Users/bugma_000/AppData/Local/Microsoft/
    - Windows/Explorer/thumbcache_256.db»833daf3fe1c68a54.jpg
- 1B25 – Desktop
    - /Users/bugma/AppData/Local/Microsoft/Windows/Explorer/thumbcache_256.db»108e5bad0a0457f2.jpg