


Details

Events (0)

Save



| | |
|---|---|
| Name: | 3 - (Cat Goddess).avi |
| Type: | Videos |
| Size (bytes): | 10215154 |
| Path: | EXTRACTION_FFS.zip/data/media/0/Android/data/com.frostwire.android/files/FrostWire/TorrentsData/Cat Goddess/3 - (Cat Goddess).avi |
| Created: | |
| Accessed: | |
| Modified: | 1/31/2022 9:22:08 AM(UTC-5) |
| Changed: | |
| Deleted: | |
| Extraction: | File System |
| MD5: | bacff18e2eae7078b199e9885c5b4d1d |
| Source file: | 3 - (Cat Goddess).avi |