| EXH. | ITEM | CHILD PORNOGRAPHY |
|---|---|---|
| 1 | Seagate Hard Drive | 115 images |
| 2 | Dell Laptop | 245 images |
| 3 | Cyberpower Desktop | 2,657 images |
| 5 | LG V60 cell phone | 366 images and 4 videos |
| TOTAL | | 3,383 images and 4 videos |



GOVERNMENT EXHIBIT
CASE NO. 2:22-cr-00218
EXHIBIT NO. 14