







frostwire

FrostWire Downloader & Player
FrostWire.com
Contains ads • In-app purchases

Install

4.3 ★
259K reviews
10M+
Downloads
Everyone

   

Free app to Find and Download Music, Videos, Torrents and more

Ads • Related to your search

  

Offline Music Player - Mixtube
4.6 ★

TREBEL: Music, MP3 & Podcasts
4.8 ★

Audiomack: Music Downloa...
4.8 ★