

GOVERNMENT EXHIBIT
CASE NO. 2:22-cr-00218
EXHIBIT NO. 16
AO386-C