18-1 (Rev. 06-01-2022)



**Federal Bureau of Investigation**
**Pittsburgh CART**

Charleston, WV, Resident Agency
113 Virginia Street East
Charleston, WV  25301

## REPORT OF EXAMINATION

**To:**  Pittsburgh  
Charleston, WV RA  
SA Jared Jankowski

**Date:**  March 7, 2023  
**Case ID:**  305D-PG-3501933  
**Request No.:**  277376

**Request Date:**  February 15, 2023

**Ref. No.:**  Serial 54, Request 270118

**Title:**  Billy Griffith; Saint Albans, WV; Possession of Child Pornography

**Date item(s) received:**  February 15, 2023

**Item(s) Submitted** *(this report will only cover the following items)*:

| | |
|---|---|
| 1B17, E6998881 | LG mobile device, Model LM-V600 (V60 Thinq 5G), Serial Number (S/N) 008KPLC0121792, International Mobile Equipment Identity (IMEI) 353271112019922; containing Subscriber Identity Module (SIM) card Integrated Circuit Card ID (ICCID) 89148000006292275045 |

**Summary:**

On August 24, 2022, Special Agent (SA) Jared Jankowski requested a Computer Analysis Response Team (CART) certified examiner process digital items for evidence of Child Sexual Abuse Material (CSAM).  This request was made pursuant to a Search Warrant issued by the United States District Court for the Southern District of West Virignia.  The request included 1B17 (LG LM-V600).  The LG was locked with an unknown pattern lock.  Attempts to bypass the lock were unsuccessful.  At that time, no extraction methods were available.  The LG was sent for Cellebrite Advanced Services (CAS).

Cellebrite returned an extraction.  The extractions were then processed.

The peer-to-peer file sharing program Frostwire (version 2.2.7) was installed on January 26, 2022, at 10:18:42 a.m. EST.  On January 26, 2022, at 10:20:56 a.m. EST, file downloads began.  Multiple files were labeled as Child Sexual Assault Material (CSAM) or Child Sexual Exploitive Material (CSEM).  Additional files depicting CSAM or CSEM had dates of January 31, 2022, and August 23, 2022.  These files were stored at \data\media\0\Android\data\com.frostwire.android\files\FrostWire\TorrentsData or \data\media\0\Pictures\Frostwire.

Page 1 of 6

AO386-B
**DEFENDANT'S EXHIBIT**
US v. Billy J. Griffith
CASE NO.  2:22-cr-00218
EXHIBIT NO.  6

GRIFFITH-000240

Digital extraction reports including only the labeled items were generated and provided on DEPG10. A digital extraction report including all items was also generated and provided on DEPG11. The data extractions and all digital extraction reports were archived to DEPG12.

**Details of Examination:**

This examination was conducted between February 15, 2023, and March 8, 2023.

### 1B17 – LG V60 Thinq

The following processes were performed:

- Received advanced extraction from CAS
- Verified extractions pre-exam
- Obtained advanced logical extraction from SIM card
- Processed/parsed extractions
- Reviewed for evidence of CSAM and/or CSEM
- Reviewed artifacts related to Frostwire
- Generated digital reports
- Preserved digital reports with tagged items only to Blu-Ray disc (DEPG10)
- Perserved digital report with all items to SanDisk thumb drive (DEPG11)
- Verified extractions post-exam
- Archived extractions and digital extraction reports to tape (DEPG12)

Findings include the following:

- Make: LG
- Model: LM-V600 (V60 Thinq 5G)
- S/N: 008KPLC0121792
- IMEI: 353271112019922
- ICCID: 89148000006292275045
- IMSI: 311480606727818
- MSISDN: 304-415-0460
- Device Bluetooth Name: Big Daddy
- OS Version: Android 12
- Carrier: Verizon
- Passcode: 753691 (pattern)
- User accounts include:
    - Bill Griffith
        - Pinterest
        - Facebook
    - bugman25177@gmail.com

| | | |
|---|---|---|
| o | bugman#2805 | Discord |
| o | bgriffith@saintalbanspolice.com | |
| o | bill | Signal Private Messenger |
| o | bill.griffith.1840 (Bill Griffith) | Facebook Messenger |
| o | bugman25177 | |
| | ▪ Text Free Ultra | |
| | ▪ Twitter | |
| o | bugman25177 (Bill Griffith) | |
| | ▪ SnapchatInstagram | |
| o | Educational-Cry-590 | Reddit |

Files identified include:

```
📁 Documents  (304 files, 1,827,694 KB)
  > 📁 atak  (5 files, 7,804 KB)
  > 📁 Download  (146 files, 582,621 KB)
  ∨ 📁 FrostWire  (149 files, 1,237,186 KB)
      > 📁 (invalid)  (125 files, 4,759 KB)
      > 📁 Shining Pretties; Little Pirates, etc LS [8 LS sets]  (14 fil
      > 🗎 LS-magazine(LS Island Hot-5set).rar (1)
      > 🗎 LS-magazine(LS Island Hot-5set).rar (2)
      > 🗎 LS-magazine(LS Island Hot-5set).rar (3)
      > 🗎 LS-magazine(LS Island Hot-5set).rar (4)
      > 🗎 LS-magazine(LS Island Hot-5set).rar (5)
      > 🗎 LS-magazine(LS Island Hot-5set).rar (6)
      > 🗎 LS-magazine(LS Island Hot-5set).rar (7)
      > 🗎 LS-magazine(LS Island Hot-5set).rar (8)
      > 🗎 LS-magazine(LS Island Hot-5set).rar (9)
      > 🗎 LS-magazine(LS Island Hot-5set).rar (10)
```

Partial list of events:

| | |
|---|---|
| 01/26/2022 10:18:42 AM EST | Frostwire 2.2.7 installed |
| 01/26/2022 10:20:56 AM EST thru 01/26/2022 11:50:13 AM EST | CSAM and/or CSEM files identified |
| 01/31/2022 09:17:09 AM EST thru 01/31/2022 09:22:30 AM EST | CASM and/or CSEM files identified |

08/23/2022 11:28:37 AM EST thru    CSAM and/or CSEM files identified
08/23/2022 11:28:38 AM EST

The files above were located in:

- \data\media\0\Android\data\com.frostwire.android\files\FrostWire\TorrentsData\
- \data\media\0\Pictures\FrostWire\

The following series were located in \data\media\0\Android\data\com.frostwire.android\files\FrostWire\TorrentsData\ and further identified as:

| | |
|---|---|
| Cat Goddess | 58 files |
| LS-magazine(LS Island Hot-5set).rar | 473 files |
| Shining Pretties; Little Pirates, etc LS [8 LS sets]\LS Island-03-Midsummer_ism-016\ | 109 files |
| Shining Pretties; Little Pirates, etc LS [8 LS sets]\LS Little Guests 037\ | 98 files |
| Shining Pretties; Little Pirates, etc LS [8 LS sets]\LS Shining Pretties 018b\ | 97 files |
| Shining Pretties; Little Pirates, etc LS [8 LS sets]\LS Star 014b\ | 100 files |
| Shining Pretties; Little Pirates, etc LS [8 LS sets]\LS Touch 001a\ | 104 files |
| Shining Pretties; Little Pirates, etc LS [8 LS sets]\LS Touch 004b\ | 99 files |
| Shining Pretties; Little Pirates, etc LS [8 LS sets]\LS-Land.issue.01.perfects.lsp-005a\ | 101 files |
| Shining Pretties; Little Pirates, etc LS [8 LS sets]\LS-Land.issue.06.Little.Pirates.lsp-007.by_zic\ | 108 files |
| Shining Pretties; Little Pirates, etc LS [8 LS sets] | 9 files |

**Definitions/Explanations:**

An IMEI (International Mobile Equipment Identity) and an MEID (Mobile Equipment Identifier) are both used to identify mobile devices. An IMEI is used on GSM (Global System for Mobile Communication) and an MEID is used on CDMA (Code-Division Multiple Access).

Integrated Circuit Card Identifier (ICCID) is a unique serial number for the SIM card. It is stored in the SIM card and also printed on the card.

International Mobile Subscriber Identity (IMSI) is a unique number associated with all Global System for Mobile Communications (GSM) and Universal Mobile Telecommunications System (UMTS) network mobile phone users used for identifying a GSM subscriber. The IMSI is stored in the Subscriber Identity Module (SIM) inside the phone and is sent by the phone to the appropriate mobile network.

Mobile Station International Subscriber Directory Number (MSISDN) is a number used to identify a phone internationally.

A Message Digest 5 (MD5) hash is an algorithm applied to digital media or files generating a unique signature in the form of a hexadecimal number.

The Known File Filter (KFF) compares file hashes against a database of hashes for known files. The purpose of the KFF is to eliminate unimportant files (known software installation files) or to identify alert files.

File signature verification is a comparison of the file headers to a database of known file types. The file header is the initial string of characters in a file, unique to a given file type. Unlike the file extension, the file header is difficult to change in an attempt to hide files.

Full text indexing is the building of an index which includes all text on the media regardless of where it is located on the media. This index is used to allow subsequent key word searches to be performed very quickly.

The Windows Registry is the centralized configuration database used to help Windows control hardware, software, the user's environment and the appearance of the Windows interface.

### Derivative Evidence (DE)/Copies:

An integral part of this report is the digital extraction reports (DEPG10 and DEPG11). These results contain a home page (main.html). Double-clicking the main.html file should bring up the reports.

The results can also be reviewed by utilizing OpWAN.

| | |
|---|---|
| DEPG10 | DVD containing digital extractions reports (Cellebrite Reader and Axiom) with tagged items only from 1B17 |
| DEPG11 | SanDisk 256 GB thumb drive containing copy of data extractions and digital extraction reports from 1B17 |
| DEPG12 | LTO5 data cartridge containing archive of data extractions and digital extraction reports from 1B17 |

**Disposition of Items:**

All original evidence was returned to the Evidence Control Technician. All derivative evidence (DEPG10 through DEPG12) was submitted to the Evidence Control Technician to be entered as new 1B items. Notes will be maintained in the 1A section of the CART Control file.

Examiner: *Melinda C. Cash*
Melinda C. Cash

Pittsburgh Division
Charleston, WV Resident Agency
Computer Analysis Response Team