

| | | |
|---|---|---|
| **Federal Bureau of Investigation** | | Charleston, WV, Resident Agency |
| **Pittsburgh CART** | | 113 Virginia Street East |
| | | Charleston, WV  25301 |

## REPORT OF EXAMINATION

| | | | |
|---|---|---|---|
| **To:** | Pittsburgh | **Date:** | November 30, 2022 |
| | Charleston, WV RA | **Case ID:** | 305D-PG-3501933 |
| | SA Jared Jankowski | **Request No.:** | 270118 |

**Request Date:**  August 24, 2022

**Ref. No.:**  N/A

**Title:**  Billy Griffith; Saint Albans, WV; Possession of Child Pornography

**Date item(s) received:**  August 24, 2022

**Item(s) Submitted** *(this report will only cover the following items)*:

| | | |
|---|---|---|
| Item02 | 1B2, E01774118 | Samsung mobile device, Model SM-T510, Serial Number (S/N) R5210V705X |
| Item07 | 1B7, E6999253 | Seagate hard drive, Model ST5000DM002, S/N S2ABSTRW |
| Item08 | 1B8, E6999254 | Seagate hard drive, Model ST31000528AS, S/N 9VP6WVVT |
| Item14 | 1B14, E6999260 | Samsung mobile device, Model SM-G970U (Galaxy S10e), S/N R58M34SKCKW, International Mobile Equipment Identity (IMEI) 352066102864183 |
| Item17 | 1B17, E6998881 | LG mobile device, Model LM-V600 (V60 Thinq 5G), IMEI 353271112019922, S/N 008KPLC0121792 |
| Item21 | 1B21, E6999267 | Samsung mobile device, Model SM-G935A (Galaxy S7 edge), S/N R38H30ZQP4P; IMEI 355503071207538; containing Subscriber Identity Module (SIM) Card Integrated Circuit Card ID (ICCID) 89014104271474364335 |
| Item24 | 1B24, E6999270 | Dell laptop computer, Model Inspiron 3542, S/N 8ZQZ532 |
| Item24_1 | | HGST hard drive, Model HTS547575A9E384, S/N 130914J21400K4KV4N1B |
| Item25 | 1B25, E6999271 | CyberPower desktop computer, Model C Series |
| Item25_1 | | Western Digital SATA SSD, Model WDS240G2G1A, S/N 202014A00DAD |
| Item25_2 | | Seagate hard drive, Model ST1000DM010, S/N ZN1JLLN3 |

Page 1 of 14



DEFENDANT'S EXHIBIT
US v. Billy J. Griffith
CASE NO. 2:22-cr-00218
EXHIBIT NO. 7

GRIFFITH-000223

Summary:

Special Agent (SA) Jared Jankowski requested a Computer Analysis Response Team (CART) certified examiner process requested items for evidence of Child Sexual Abuse Material (CSAM). This request was made pursuant to a Search Warrant issued by the United States District Court for the Southern District of West Virignia.

An advanced method was used to extract data from Item02 (Samsung SM-T510) . The extractions were then processed and a digital report was provided for review. The digital report was preserved on a Blu-Ray disc labeled DEPG03.

Item07 (Seagate hard drive, Model ST5000DM002, S/N S2ABSTRW) was damaged and could not be accessed. A request was submitted to Operational Technology Division – Digital Forensic Analysis Unit – Mission Support and Data Recovery Program (MSDRP). MSDRP advised that he drive had extensive physical damage to the platters and no data could be recovered.

A forensic image was created of Item08 (Seagate hard drive, Model ST31000528AS, S/N 9VP6WVVT). The image was then processed and categorized. A review was conducted for evidence of CSAM. A total of 74 files and 97 thumbnails were labeled as Child Exploitation and/or CSAM. These files were exported and placed on a Compact Disc (CD) labeled DEPG04.

An advanced method was used to extract data from Item14 (Samsung Galaxy S10e). The extractions were then processed and a digital report was provided for review. The digital report was preserved on a forensically clean 128 GB SanDisk thumb drive labeled DEPG01.

Item17 (LG V60 Thinq 5G) was locked with an unknown pattern lock. Attempts to bypass the lock were unsuccessful. A request was made to Electronic Device Analysis Unit for assistance. As of this date, the request is pending.

An advanced method was used to extract data from Item21 (Galaxy S7 Edge). The extractions were then processed and a digital report was provided for review. The digital report was preserved on a Blu-Ray disc labeled DEPG02.

Seven (7) files were marked as possible child exploitation. These files were found in userdata (ExtX)/Root/data/com.google.android.gm/files/downloads/.

A forensic image was created of the HGST hard drive contained within Item24 (Dell laptop). The image was then processed and categorized. A review was conducted for evidence of CSAM. A total of 341 files and 1,820 thumbnails were labeled as Child Exploitation and/or CSAM. These files were exported and placed on a Compact Disc (CD) labeled DEPG05.

Screenshots of what appear to be a Samsung device were located on this computer. Multiple applications indicating the use of file sharing and/or torrent browers were noted. These applications include DropBox, Frostwire, One Drive, Onion Browser, TorBrowser, WeTorrent, Orbot and Orweb. Applications indicating wiping/erasing were also noted.

These include Secure Eraser and SecureWipe. Applications indicating advanced file access were also noted. These include DiskDigger, FileChef and Recover Deleted Data. In addition, applications with file sharing features were noted. These include Discord, MeWe, My Cloud OS 3, Signal, Snapchat, TextFree, Twitter, Facebook Messenger, Facebook Messenger Kids and Zello.

Artifacts identifying DropBox were identified. However, no user data could be identified. Artifacts identifying OneDrive were also identified. A OneDrive account for "bugman25177@gmail.com" was identified.

A forensic image was created of both the Western Digital hard drive and the Seagate hard drive contained within Item25 (CyberPower desktop). The images were then processed and categorized. A review was conducted for evidence of CSAM. The Seagate hard drive appeared to be unused and was not examined further. From the Western Digital hard drive, a total of 21,774 thumbnails were labeled as Child Exploitation and/or CSAM. These files were exported and placed on a Compact Disc (CD) labeled DEPG06.

The image files were archived to an LTO6 cartridge labeled DEPG06. A copy of the examination results and processing were archived to an LTO5 cartridge labeled DEPG08.

**Details of Examination:**

This examination was conducted between August 24,2022, and November 28, 2022.

**Item02 – Samsung mobile device, Model SM-T510, S/N R5210V705X**

The following processes were performed:

- Reviewed legal authority
- Isolated device
- Physically examined device
- Extracted data from device with advanced method
- Verified extractions pre-exam
- Processed/parsed extractions
- Generated digital report
- Preserved digital report to Blu-Ray disc (DEPG03)
- Verified extractions post-exam

Findings include the following:

- Make                       Samsung
- Model                      SM-T510
- S/N                        R52N10V705X
- Bluetooth device name      Deena's Galaxy Tab A
- OS Version                 Android

- User accounts include:
  - Bugman25177@gmail.com            eBay
    - Password: imaxxpro006
  - Bugman25177@gmail.com            HBOMAX
    - Password: pizza25177
  - dgriffith919@gmail.com
  - sprtzmama40@yahoo.com

A report was generated and preserved on a Blu-Ray disc labeled DEPG03.

### Item07 - Seagate hard drive, Model ST5000DM002, S/N S2ABSTRW

The following processes were performed:

- Physically examined submitted evidence
- Submitted request for repair

A request was submitted to Operational Technology Division – Digital Forensic Analysis Unit – Mission Support and Data Recovery Program (MSDRP). MSDRP advised that he drive had extensive physical damage to the platters and no data could be recovered.

### Item08 - Seagate hard drive, Model ST31000528AS, S/N 9VP6WVVT

The following processes were performed:

- Reviewed legal authority
- Physically examined submitted evidence
- Utilized write protection on original evidence prior to imaging
- Created an image to forensically clean media and MD5 hash verified
- Obtained hardware information
- Recovered active files, deleted files, file slack and drive free space
- MD5 hashed each file, file signature verification, full text index
- Staged for Case Agent Investigative Review (CAIR)
- Created digital report with selected items (DEPG04)
- Verified image files post-exam

The drive was not contained within a computer system. Therefore, no system date/time was obtained.

Hardware/Partition Information

Item08 contained the following hardware/partition information:

| Partition | Label | File System | Size |
|---|---|---|---|
| Partition 1 | Unlabeled | NTFS | 953,859 MB |

No operating system files were identified on this device.

During review, 115 items were marked as CSAM. An additional 56 items were marked as Child Exploitation. The items were found in the following locations:

| | Files | Thumbnails |
|---|---|---|
| /transfer files/bloggie stuff/phone backup 12511/dcim/.thumbnails | | |
|     Child Exploitation – Pre-Pubescent | | 1 |
|     CSAM – Pre-Pubescent | | 1 |
| /transfer files/save files/.thumbnails | | |
|     Child Exploitation | | 1 |
| /transfer files/save files/AAA/phone fn/ | | |
|     Child Exploitation – Pre-Pubescent | 4 | |
|     CSAM | 2 | |
|     CSAM – Pre-Pubescent | 25 | |
| /transfer files/save filesaq/save files 1/dcim/.thumbnails | | |
|     Child Exploitation | | 20 |
|     Child Exploitation – Pre-Pubescent | | 17 |
|     CSAM | | 6 |
|     CSAM – Pre-Pubescent | | 43 |
|     CASM – Pre-Pubescent – Touching | | 4 |
| /transfer files/save filesaq/save files 1/dcim/Camera/ | | |
|     Child Exploitation | 10 | |
|     Child Exploitation – Pre-Pubescent | 3 | |
|     CSAM | 3 | |
|     CSAM – Pre-Pubescent | 20 | |
|     CSAM – Pre-Pubescent – Touching | 2 | |
| /transfer files/save filesaq/save files 1/dcim1/100MEDIA/ | | |
|     CSAM – Pre-Pubescent | 1 | |
| /transfer files/stuff 0002/phone files/dcim/.thumbnails | | |
|     CSAM – Pre-Pubescent | | 4 |
| /transfer files/stuff 0002/phone pics/ | | |
|     CSAM – Pre-Pubescent | 4 | |
| Total Bookmarked | 74 | 97 |

A report was generated and preserved on a CD labeled DEPG04.

**Item14 – Samsung mobile device, Model SM-G970U (Galaxy S10e), S/N R58M34SKCKW, IMEI 352066102864183**

The following processes were performed:

- Reviewed legal authority
- Isolated device
- Physically examined device

- Extracted data from device with advanced method
- Verified extractions pre-exam
- Processed/parsed extractions
- Generated digital report
- Preserved digital report to SanDisk 128 GB thumb drive (DEPG01)
- Verified extractions post-exam

Findings include the following:

- Make                                Samsung
- Model                               SM-G970U (Galaxy S10e)
- S/N                                 R58M34SKCKW
- IMEI                                352066102864183
- Recovered passcode (pattern)        1>2>4>5>7>8>9>6>3
- User accounts include:
    - 3044444129
    - Dancer25177
    - dancer25177@gmail.com
    - lrae25177@gmail.com
    - zmwdancer@gmail.com

A report was generated and preserved on a SanDisk 128 GB thumb drive (DEPG01).

**Item17 - LG mobile device, Model LM-V600 (V60 Thinq 5G), IMEI 353271112019922, S/N 008KPLC0121792**

The following processes were performed:

- Reviewed legal authority
- Isolated device
- Physically examined device
- Locked with unknown pattern lock
- Submitted EDAU Request

Findings include the following:

- Make       LG
- Model      LG-V600TM (V60 Thinq 5G)
- S/N        008KPLC0121792
- IMEI       353271112019922

Attempts to bypass the lock were unsuccessful. A request was made to Electronic Device Analysis Unit for assistance. As of this date, the request is pending.

**Item21 - Samsung mobile device, Model SM-G935A (Galaxy S7 edge), S/N R38H30ZQP4P; IMEI 355503071207538; containing SIM Card ICCID 89014104271474364335**

The following processes were performed:

- Reviewed legal authority
- Isolated device
- Physically examined device
- Extracted data from SIM card
- Extracted data from device with advanced method
- Verified extractions pre-exam
- Processed/parsed extractions
- Generated digital report
- Preserved digital report to Blu-Ray disc (DEPG02)
- Verified extractions post-exam

Findings include the following:

- Make             Samsung
- Model            SM-G935A (Galaxy S7 Edge)
- S/N              R38H30ZQP4P
- IMEI             355503071207538
- SIM Card ICCID   89014104271474364335
- IMSI             310410147436433
- MSISDN           3043892804
- User accounts include:
    - Bill Griffith (Hangouts)
    - bugman25177@gmail.com (Bill Griffith)

No passcode was in use on this device.

This device contained seven (7) files tagged as possible child exploitation. All seven (7) files were found in userdata (ExtX)/Root/data/com.google.android.gm/files/downloads/.

A report was generated and preserved on a Blu-Ray disc (DEPG02).

**Item24 - Dell laptop computer, Model Inspiron 3542, S/N 8ZQZ532 (HGST hard drive, Model HTS547575A9E384, S/N 130914J21400K4KV4N1B)**

The following processes were performed on QPG24 and/or QPG24_1:

- Reviewed legal authority
- Physically examined submitted evidence
- Utilized write protection on original evidence prior to imaging
- Created an image to forensically clean media and MD5 hash verified
- Obtained hardware information

- Recovered active files, deleted files, file slack and drive free space
- MD5 hashed each file, file signature verification, full text index
- Reviewed selected registry information
- Staged for CAIR
- Created digital report with selected items (DEPG05)
- Verified image files post-exam

Hardware/Partition Information

Item24 contained the following hardware/partition information:

| Partition | Label | File System | Size |
|---|---|---|---|
| Partition 1 | EXP | FAT32 | 500 MB |
| Partition 2 | DIAGS | FAT32 | 40 MB |
| Partition 3 | Microsoft Reserved | Microsoft Reserved | 128 MB |
| Partition 4 | WINRETOOLS | NTFS | 750 MB |
| Partition 5 | OS | NTFS | 704,692 MB |
| Partition 6 | Unlabeled | NTFS | 947 MB |
| Partition 7 | PBR Image | NTFS | 8,343 MB |

System Information

The Operating System was identified as Windows 10 Home and was last updated on March 8, 2021. The original installation was Windows 8.1 and was installed on 03/11/2015. The registered owner was "bugman25177@gmail.com". The Microsoft account (Internet User Name) was also identified as "bugman25177@gmail.com".

References to "TorrentsData" were identified. The laptop utilized a password of "imaxxpre006". The system date/time matched the actual date/time.

During review, 245 items were marked as CSAM. An additional 1,916 items were marked as Child Exploitation. The items were found in the following locations:

|  | Files | Thumbnails |
|---|---|---|
| /Users/bugma_000/AppData/Local/Microsoft/Windows/Explorer/thumbcache_256.db/ |  |  |
| CSAM – BDSM – Pre-Pubescent |  | 2 |
| CSAM – Pre-Pubescent |  | 115 |
| CSAM – Pre-Pubescent – Touching |  | 8 |
| Child Exploitation – Pre-Pubescent |  | 622 |
| /Users/bugma_000/AppData/Local/Microsoft/Windows/Explorer/thumbcache_48.db/ |  |  |
| CSAM – BDSM – Pre-Pubescent |  | 2 |
| CSAM – Pre-Pubescent |  | 83 |
| CSAM – Pre-Pubescent – Touching |  | 9 |

| | | |
|---|---|---|
| Child Exploitation – Pre-Pubescent | | 472 |
| /Users/bugma_000/AppData/Local/Microsoft/Windows/Explorer/thumbcache_768.db/ | | |
| Child Exploitation – Pre-Pubescent | | 1 |
| /Users/bugma_000/Desktop/Desk top folder/junk/100MEDIA/STUFF/phone pics 4-9-15/Thumbs.db/ | | |
| Child Exploitation – Pre-Pubescent | | 2 |
| /Users/bugma_000/Desktop/Desk top folder/old phone backup 282021/Download/ | | |
| Child Exploitation – Pre-Pubescent | 2 | |
| /Users/bugma_000/Desktop/Desk top folder/stuff0002/Deenas phone stuff/2015-11/ | | |
| Child Exploitation – Pre-Pubescent | 3 | |
| /Users/bugma_000/Desktop/save files/bills phone backup 1172021/Album 1001/ | | |
| CSAM – Pre-Pubescent | 13 | |
| Child Exploitation – Pre-Pubescent | 152 | |
| /Users/bugma_000/Desktop/save files/bills phone backup 1172021/TorrentsData/Sandra Model_AMS 049 (Rare Extended 168 pics) (1)/Sandra Model_AMS 049 (Rare Extended 168 pics)/Thumbs.db/ | | |
| Child Exploitation – Pre-Pubescent | | 168 |
| /Users/bugma_000/Desktop/save files/bills phone backup 1172021/TorrentsData/Sandra Model_AMS 049 (Rare Extended 168 pics).rar/Sandra Model_AMS 049 (Rare Extended 168 pics)/ | | |
| CSAM – Pre-Pubescent | 13 | |
| Child Exploitation – Pre-Pubescent | 152 | |
| /Users/bugma_000/Desktop/save files/bills phone backup 1172021/TorrentsData/Sandra Model_AMS 049 (Rare Extended 168 pics).rar/Sandra Model_AMS 049 (Rare Extended 168 pics)/Thumbs.db/ | | |
| Child Exploitation – Pre-Pubescent | | 168 |
| /Users/bugma_000/Desktop/save files/bills phone backup 1172021/TorrentsData/Sandra Model_AMS 049 (Rare Extended 168 pics)/Sandra Model_AMS 049 (Rare Extended 168 pics)/Thumbs.db/ | | |
| Child Exploitation – Pre-Pubescent | | 168 |
| /Users/bugma_000/Desktop/save files/new phone sd card back up 282021/Album 1/ | | |
| Child Exploitation – Pre-Pubescent | 6 | |
| Total Bookmarked | 341 | 1820 |

GRIFFITH-000231

A report was generated and preserved on a CD labeled DEPG05.

Screenshots of what appear to be a Samsung device were located on this computer. Multiple applications indicating the use of file sharing and/or torrent browers were noted. These applications include DropBox, Frostwire, One Drive, Onion Browser, TorBrowser, WeTorrent, Orbot and Orweb. Applications indicating wiping/erasing were also noted. These include Secure Eraser and SecureWipe. Applications indicating advanced file access were also noted. These include DiskDigger, FileChef and Recover Deleted Data. In addition, applications with file sharing features were noted. These include Discord, MeWe, My Cloud OS 3, Signal, Snapchat, TextFree, Twitter, Facebook Messenger, Facebook Messenger Kids and Zello.

Artifacts identifying DropBox were identified. However, no user data could be identified. Artifacts identifying OneDrive were also identified. A OneDrive account for "bugman25177@gmail.com" was identified.

**Item25 - CyberPower desktop computer, Model C Series (Western Digital SATA SSD, Model WDS240G2G1A, S/N 202014A00DAD and Western Digital SATA SSD, Model WDS240G2G1A, S/N 202014A00DAD)**

The following processes were performed on QPG25 and/or QPG25_1:

- Reviewed legal authority
- Physically examined submitted evidence
- Utilized write protection on original evidence prior to imaging
- Created an image to forensically clean media and MD5 hash verified
- Obtained hardware information
- Recovered active files, deleted files, file slack and drive free space
- MD5 hashed each file, file signature verification, full text index
- Reviewed selected registry information
- Staged for CAIR
- Created digital report with selected items (DEPG06)
- Verified image files post-exam

Hardware/Partition Information

Item25_1 contained the following hardware/partition information:

| Partition | Label | File System | Size |
|---|---|---|---|
| Partition 1 | SYSTEM | FAT32 | 100 MB |
| Partition 2 | Microsoft Reserved | Microsoft Reserved | 16 MB |
| Partition 3 | Windows | NTFS | 228,319 MB |
| Partition 4 | Recovery | NTFS | 500 MB |

System Information

The Operating System was identified as Windows 10 Home and was last updated on May 29, 2021. This date also appears to be the original installation date. The Microsoft account (Internet User Name) was also identified as "bugman25177@gmail.com". A profile was identified for "bugma (Bill Griffith)".

A review of Recent Docs identified links to the following:
- LS Little Guests 037.lnk
- Removable Disk (Z).lnk
- Removable Disk (Z) (2).lnk
- USB Drive (F).lnk
- USB Drive (F) (2).lnk
- backup 1 11 2022.lnk
- Torrents.lnk
- LS-island.Set.017.by_zic.lnk

During review, 21,774 thumbnails were marked as Child Sexual Abuse Material or Child Exploitation material. The items were found in the following locations:

|  | Files | Thumbnails |
|---|---|---|
| /Users/bugma/AppData/Local/Microsoft/Windows/Explorer/thumbcache_1280.db/ | | |
|     Child Exploitation | | 1 |
|     Child Exploitation – Pre-Pubescent | | 5 |
| /Users/bugma/AppData/Local/Microsoft/Windows/Explorer/thumbcache_256.db/ | | |
|     CSAM – BDSM – Pre-Pubescent | | 27 |
|     CSAM | | 197 |
|     CSAM – Pre-Pubescent | | 1,187 |
|     CSAM – Pre-Pubescent – Touching | | 56 |
|     Child Exploitation | | 884 |
|     Child Exploitation – Pre-Pubescent | | 5,431 |
| /Users/bugma/AppData/Local/Microsoft/Windows/Explorer/thumbcache_48.db/ | | |
|     CSAM | | 4 |
|     Child Exploitation | | 28 |
|     Child Exploitation – Pre-Pubescent | | 318 |
| /Users/bugma/AppData/Local/Microsoft/Windows/Explorer/thumbcache_768.db/ | | |
|     Child Exploitation | | 3 |
|     Child Exploitation – Pre-Pubescent | | 5 |

| | | |
|---|---|---|
| /Users/bugma/AppData/Local/Microsoft/Windows/Explorer/thumbcache_96.db/ | | |
| CSAM – BDSM | | 2 |
| CSAM – BDSM – Pre-Pubescent | | 3 |
| CSAM | | 60 |
| CSAM – Pre-Pubescent | | 1,108 |
| CSAM – Pre-Pubescent – Touching | | 13 |
| Child Exploitation | | 588 |
| Child Exploitation – Pre-Pubescent | | 11,852 |
| /Users/bugma/AppData/Local/Packages/microsoft.windowscommunicationsapps_8wekyb3d8bbwe/LocalState/Files/S0/3/Attachments/ | | |
| CSAM – Pre-Pubescent | | |
| Child Exploitation – Pre-Pubescent | | 2 |
| Total Bookmarked | 0 | 21,774 |

The following processes were performed on QPG25_2:

- Reviewed legal authority
- Physically examined submitted evidence
- Utilized write protection on original evidence prior to imaging
- Created an image to forensically clean media and MD5 hash verified
- Obtained hardware information
- Recovered active files, deleted files, file slack and drive free space
- MD5 hashed each file, file signature verification, full text index
- Review conducted
- Drive appears to be unused
- Verified image files post-exam

Hardware/Partition Information

Item25_2 contained the following hardware/partition information:

| Partition | Label | File System | Size |
|---|---|---|---|
| Partition 1 | Microsoft Reserved | Microsoft Reserved | 15 MB |
| Partition 2 | New Volume | NTFS | 953,852 MB |

This drive appears to be unused. No further examination was conducted.

**Definitions/Explanations:**

An IMEI (International Mobile Equipment Identity) and an MEID (Mobile Equipment Identifier) are both used to identify mobile devices. An IMEI is used on GSM (Global System for Mobile Communication) and an MEID is used on CDMA (Code-Division Multiple Access).

Integrated Circuit Card Identifier (ICCID) is a unique serial number for the SIM card. It is stored in the SIM card and also printed on the card.

International Mobile Subscriber Identity (IMSI) is a unique number associated with all Global System for Mobile Communications (GSM) and Universal Mobile Telecommunications System (UMTS) network mobile phone users used for identifying a GSM subscriber. The IMSI is stored in the Subscriber Identity Module (SIM) inside the phone and is sent by the phone to the appropriate mobile network.

Mobile Station International Subscriber Directory Number (MSISDN) is a number used to identify a phone internationally.

A Message Digest 5 (MD5) hash is an algorithm applied to digital media or files generating a unique signature in the form of a hexadecimal number.

The Known File Filter (KFF) compares file hashes against a database of hashes for known files. The purpose of the KFF is to eliminate unimportant files (known software installation files) or to identify alert files.

File signature verification is a comparison of the file headers to a database of known file types. The file header is the initial string of characters in a file, unique to a given file type. Unlike the file extension, the file header is difficult to change in an attempt to hide files.

Full text indexing is the building of an index which includes all text on the media regardless of where it is located on the media. This index is used to allow subsequent key word searches to be performed very quickly.

The Windows Registry is the centralized configuration database used to help Windows control hardware, software, the user's environment and the appearance of the Windows interface.

**Derivative Evidence (DE)/Copies:**

An integral part of this report is the digital extraction reports (DEPG01 through DEPG06). These results contain a home page (main.html) at the root of the disc. Double-clicking the main.html file should bring up the reports.

The results can also be reviewed by utilizing OpWAN.

| | |
|---|---|
| DEPG01 | SanDisk 128 GB thumb drive containing results of examination and files for review from Item14 |
| DEPG02 | Blu-Ray disc (25 GB) containing results of examination and files for review from Item21 |
| DEPG03 | Blu-Ray disc (25 GB) containing results of examination and files for review from Item02 |
| DEPG04 | CD containing results of examination and files for review from Item08 |

DEPG05   CD containing results of examination and files for review from Item24
DEPG06   DVD containing results of examination and files for review from Item25_1
DEPG07   LTO6 cartridge containing archive of image files
DEPG08   LTO5 cartridge containing archive of processing and examination results

**Disposition of Items:**

All original evidence was returned to the Evidence Control Technician. All derivative evidence (DEPG01 through DEPG08) was submitted to the Evidence Control Technician to be entered as new 1B items. Notes will be maintained in the 1A section of the CART Control file.

Examiner: *[signature]*
Melinda C. Cash

Pittsburgh Division
Charleston, WV Resident Agency
Computer Analysis Response Team